# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SETH MONROE                                                                PLAINTIFF

v.                              No. 3:17-cv-74-DPM

ARKANSAS, State of; and DOES,
Arresting and Booking Officers,
Craighead County Jail                                                     DEFENDANTS

## ORDER

**1.** Monroe hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 12 May 2017. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(2).

**2.** Monroe must file an amended complaint too. It's unclear from the complaint who Monroe is suing and what relief he wants. His amended complaint must name who allegedly violated his rights and what relief he seeks. He may also expand his description of what happened. If Monroe doesn't file an amended complaint by 12 May 2017, then his case will be dismissed without prejudice. LOCAL RULE 5.5(2).

**3.** The Court directs the Clerk to mail Monroe a blank § 1983 complaint form and an application to proceed *in forma pauperis*. If the Court grants

Monroe permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2017