# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SETH MONROE                                                           PLAINTIFF

v.                              No. 3:17-cv-74-DPM

DOES, Arresting and Booking
Officers, Craighead County Jail;
AVERY BURNETT, Officer, Craighead
County Sheriff's Department;
JAMES TEAGUE, Officer, Craighead
County Sheriff's Department; MIKE
LAWRENCE, Officer, Craighead
County Sheriff's Department;
SEAN CALAWAY, Officer, Craighead
County Sheriff's Department; and
CASEY FOSTER, Officer, Craighead
County Sheriff's Department                                          DEFENDANTS

## ORDER

Motion for copies, № 22, granted and otherwise denied. The Court directs the Clerk to mail copies of № 1, 2, 4, 5, 6, 8, 10, 17, 21, & 22 to Monroe's current address. In the future, the parties should follow the rules for discovery disputes set out in the Final Scheduling Order, № 21 at 3.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*13 November 2017*