# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

SETH MONROE                                                    PLAINTIFF

v.                              No. 3:17-cv-74-DPM

DOES, Arresting and Booking
Officers, Craighead County Jail;
AVERY BURNETT, JAMES TEAGUE,
MIKE LAWRENCE, SEAN CALAWAY,
and CASEY FOSTER, Officers, Craighead
County Sheriff's Department                                   DEFENDANTS

## ORDER

Monroe hasn't responded to the Defendants' discovery requests. He needs to. Complete responses due by 28 February 2018. If Monroe doesn't comply with this Order or otherwise respond, then the Court will dismiss his case without prejudice. Local Rule 5.5(c)(2). The Defendants should file prompt notice about Monroe's compliance. Motion to compel, № 25, granted with instructions.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2018