IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SETH MONROE                                                                PLAINTIFF

v.                        No. 3:17-cv-74-DPM

DOES, Arresting and Booking
Officers, Craighead County Jail;
AVERY BURNETT, JAMES TEAGUE,
MIKE LAWRENCE, SEAN CALAWAY,
and CASEY FOSTER, Officers, Craighead
County Sheriff's Department                                    DEFENDANTS

ORDER

The Court ordered Monroe to respond to the Defendants' discovery requests. № 27. He didn't. № 28. So the Court will dismiss his case without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). Motion to dismiss, № 28, denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 March 2018