IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SETH MONROE                                                    PLAINTIFF

v.                          No. 3:17-cv-74-DPM

DOES, Arresting and Booking
Officers, Craighead County Jail;
AVERY BURNETT, JEFF FRANKS,
JAMES TEAGUE, MIKE LAWRENCE,
SEAN CALAWAY, and CASEY
FOSTER, Officers, Craighead
County Sheriff's Department                                    DEFENDANTS

## JUDGMENT

The amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 March 2018